CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sierra Club                                    )
                                               )
                                               )
                                               )
                        Plaintiff              )    Civil Action No._____
            vs                                 )
                                               )
United States Environmental Protection Agency, )
and Stephen L. Johnson, Administrator, United  )
States Environmental Protection Agency         )
                        Defendant              )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Sierra Club _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Sierra Club _____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 448830                            James S. Pew
BAR IDENTIFICATION NO.                         Print Name

                                               Earthjustice, 1625 Massachusetts Ave, NW, Suite 702
                                               Address

                                               Washington, DC 20036
                                               City          State          Zip Code

                                               (202) 667-4500
                                               Phone Number