# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:08-cv-00424-RWR |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY and ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator

                                                Respectfully submitted,

                                                RONALD J. TENPAS
                                                Assistant Attorney General
                                                Environment and Natural Resources
                                                  Division

                                              /s/ EILEEN T. MCDONOUGH
                                              Environmental Defense Section
                                              U.S. Department of Justice
                                              P.O. Box 23986
                                              Washington, D.C. 20026-3986

Of Counsel:                             (202) 514-3126
                                              eileen.mcdonough@usdoj.gov

Scott Jordan
Office of General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-7508
jordan.scott@epa.gov

Dated:   March 18, 2008