UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

                                                    )
SIERRA CLUB                                         )
                                                    )
          Plaintiff                                 )
                                                    )        No.    08-0424 (RWR)
v.                                                  )
                                                    )
ENVIRONMENTAL PROTECTION                            )
AGENCY and STEPHEN L. JOHNSON                        )
                                                    )
          Defendants.                               )
_____)


## <u>DECLARATION OF SERVICE</u>


          I, Francisca Santana, hereby certify that on March 13, 2008, I served a summons, a copy

of the Complaint, Sierra Club's corporate disclosure statement, and the related case form in this

action, and the United States District Court of the District of Columbia's standard Initial

Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage

prepaid, addressed to the following:


          Michael B. Mukasey
          U.S. Attorney General
          950 Pennsylvania Ave. NW
          Washington, DC 20530

Attached as Exhibit A is the return receipt for the mailing to Michael B. Mukasey. I

declare under penalty of perjury that the foregoing is true and correct. Executed on April 3rd,

2008.

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  *Michael G. Mukasey*
Street, Apt. No.; or PO Box No.  *950 Pennsylvania Av NW*
City, State, ZIP+4  *Washington DC 20550*

7007 1490 0001 3945 8275

PS Form 3800, August 2006                     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Michael. B. Mukasey*
*U.S. Attorney General*
*950 Pennsylvania Ave. NW*
*Washington DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
MAR 1 8 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)

7007 1490 0001 3945 8275

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540