UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB ) | |
| ) | |
| Plaintiff ) | |
| ) | No.   08-0424 (RWR) |
| v. ) | |
| ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY and STEPHEN L. JOHNSON ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on March 13, 2008, I served a summons, a copy of the Complaint, Sierra Club's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, addressed to the following:

U.S. Environmental Protection Agency
Office of the General Counsel
1200 Pennsylvania Ave. NW Rm. 2301A
Washington, DC 20460

Attached as Exhibit A is the return receipt for the mailing to the U.S. Environmental Protection Agency, Office of the General Counsel. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3rd, 2008.

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.57 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.57 |

Postmark Here

Sent To: Office of Gen Counsel EPA
Street, Apt. No.; or PO Box No.: 1200 Penn. Ave. NW
City, State, ZIP+4: Washington DC 20460

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0001 3945 8282

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Ave.
NW Rm 2301A
Washington DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  3/12/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0001 3945 8282

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540