UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SIERRA CLUB )<br>)<br>    Plaintiff )<br>) <br>v. )<br>)<br>ENVIRONMENTAL PROTECTION )<br>AGENCY and STEPHEN L. JOHNSON )<br>)<br>    Defendants. )<br>) | No.   08-0424 (RWR) |

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on March 13, 2008, I served a summons, a copy of the complaint, Sierra Club's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, address to the following:

Jeffrey A. Taylor
US Attorney for DC
501 Third St. NW
Washington, DC 20001

I declare under penalty of perjury that the foregoing is true and correct. Executed on April, 24th, 2008.

/s/ Francisca Santana

_____

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW, Ste. 702
Washington, DC 20036-2212
(202) 667-4500