### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:08-cv-00424-RWR |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| United States Environmental Protection Agency, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CONSENT MOTION TO POSTPONE INITIAL SCHEDULING HEARING

The Court has set the initial scheduling hearing in this matter for August 8, 2008, at 10:00.  Counsel for Defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator (jointly referred to as "EPA") respectfully request that the hearing be postponed until a date after August 25, 2008, that is convenient for the Court.  Both counsel for EPA will be on vacation on August 8.  The undersigned counsel from the Department of Justice will not be back until August 25, 2008.

Counsel are available in September except for the following dates:  September 11, 12, 15 and 26.  Counsel respectfully request that the hearing be set for early or mid-September if possible.

Plaintiff's counsel has consented to this request.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
 Division

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126
eileen.mcdonough@usdoj.gov

Of Counsel:

Scott Jordan
Office of General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-7508
jordan.scott@epa.gov

Dated:          July 28, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:08-cv-00424-RWR |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| United States Environmental Protection Agency, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the Consent Motion to Postpone Initial Scheduling Hearing set for

August 8, 2008, it is hereby ordered that the motion is GRANTED.

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE